# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ali Iman Mohamed,                                          Civ. No. 13-642 (MJD/JJK)

       Petitioner,

v.

                                                 **ORDER**

U.S. Department of Homeland
Security, I.C.E.,

       Respondent.

---

Ali Iman Mohamed, Carver County Jail, 606 East 4th Street, Chaska, MN 55318, *pro se*.

Erika R. Mozangue, Esq., Gregory G. Brooker, Esq., and Lonnie F. Bryan, Esq., Assistant
United States Attorneys, counsel for Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of

United States Magistrate Judge Jeffrey J. Keyes dated July 2, 2013.   No objections have been

filed to that Report and Recommendation in the time period permitted.  Based on the Report and

Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the

Court now makes and enters the following Order.

     **IT IS HEREBY ORDERED** that:

     1.     Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc.

No. 1), is **DISMISSED AS MOOT.**

     **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Date:   August 16, 2013

                                   s/Michael J. Davis
                                   MICHAEL J. DAVIS
                                   Chief Judge
                                   United States District Court